```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06905
   ANGELIA M KNOWLES
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8667


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/17/2007 and was confirmed 08/29/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 11/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG          .00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE          .00            .00             .00
ASC                       NOTICE ONLY    NOT FILED              .00             .00
AMERICAS SERVICING CO     CURRENT MORTG          .00            .00             .00
AMERICAS SERVICING CO     MORTGAGE ARRE          .00            .00             .00
ASC                       NOTICE ONLY    NOT FILED              .00             .00
COOK COUNTY TREASURER     SECURED NOT I  NOT FILED              .00             .00
UNITED AUTO CREDIT        SECURED VEHIC          .00            .00             .00
UNITED AUTO CREDIT CORP   UNSECURED              .00            .00             .00
AT&T                      UNSECURED      NOT FILED              .00             .00
AT & T BANKRUPCTY         NOTICE ONLY    NOT FILED              .00             .00
BENEFICIAL CREDIT         UNSECURED      NOT FILED              .00             .00
BEST BUY                  UNSECURED      NOT FILED              .00             .00
BEST BUY                  NOTICE ONLY    NOT FILED              .00             .00
CARSON PIRIE SCOTT        UNSECURED      NOT FILED              .00             .00
CARSON PIRIE SCOTT        UNSECURED      NOT FILED              .00             .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED              .00             .00
RAMESH DHINGRA            UNSECURED      NOT FILED              .00             .00
HSBC                      UNSECURED      NOT FILED              .00             .00
JC PENNEY                 UNSECURED      NOT FILED              .00             .00
JC PENNEY                 NOTICE ONLY    NOT FILED              .00             .00
NICOR GAS                 UNSECURED      NOT FILED              .00             .00
SEARS                     UNSECURED      NOT FILED              .00             .00
SEARS                     NOTICE ONLY    NOT FILED              .00             .00
TARGET NATIONAL BANK      UNSECURED      NOT FILED              .00             .00
TARGET                    NOTICE ONLY    NOT FILED              .00             .00
VAN MAUR                  UNSECURED      NOT FILED              .00             .00
WASHINGTON MUTUAL         UNSECURED      NOT FILED              .00             .00
MILTON SNEED              NOTICE ONLY    NOT FILED              .00             .00
MILTON SNEED              NOTICE ONLY    NOT FILED              .00             .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY    NOT FILED              .00             .00
HOUSEHOLD BANK            UNSECURED           701.92            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06905 ANGELIA M KNOWLES
```

```
RESURGENT CAPITAL SERVIC UNSECURED          961.77              .00              .00
HOUSEHOLD BANK SB NA     UNSECURED          658.13              .00              .00
JOSEPH WROBEL            DEBTOR ATTY      2,174.00                         1,544.53
TOM VAUGHN               TRUSTEE                                             114.47
DEBTOR REFUND            REFUND                                                  .00
```

Summary of Receipts and Disbursements:

```
                             RECEIPTS            DISBURSEMENTS

TRUSTEE                      1,659.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                      1,544.53
TRUSTEE COMPENSATION                                  114.47
DEBTOR REFUND                                            .00
                          ---------------       ---------------
TOTALS                       1,659.00               1,659.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 02/27/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```